**Sarah RAMIREZ, Plaintiff–Appellant,**

v.

**UNITED STATES of America, Defendant–Appellee.**

No. 04–15438.

D.C. No. CV–03–00930–VRW.

United States Court of Appeals, Ninth Circuit.

Submitted March 23, 2005.*

Decided April 4, 2005.

Sarah Ramirez, Fresno, CA, pro se.

Before B. FLETCHER, TROTT, and PAEZ, Circuit Judges.

MEMORANDUM**

Sarah Ramirez appeals pro se the district court's dismissal of her action for failure to serve the summons and complaint. We have jurisdiction under 28 U.S.C. § 1291. We review for abuse of discretion, *Oyama v. Sheehan (In re Sheehan)*, 253 F.3d 507, 511 (9th Cir.2001), and we affirm.

The district court did not abuse its discretion by dismissing the action for failure to serve. *See* Fed.R.Civ.P. 4(m). The district court informed Ramirez that she was required to serve the summons and complaint on the defendant and such service was long overdue. Yet, she failed to file a

proof of service and failed to appear at the next case management conference.

Ramirez's contentions are without merit.

All pending motions are denied.

**AFFIRMED.**

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

